SCOTT A. ELDER (Pro Hac Vice Forthcoming)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:scott.elder@alston.com

RACHEL E. K. LOWE (SBN 246361)
GILLIAN H. CLOW (SBN 298966)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:    213-576-1000
Facsimile:    213-576-1100
E-mail:rachel.lowe@alston.com
         gillian.clow@alston.com

TRACY YAO (SBN 323816)
ALSTON & BIRD LLP
560 Mission Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
Email: tracy.yao@alston.com

Attorneys for Defendants EMANUEL
MEDICAL CENTER and
TENET HEALTHCARE CORPORATION
erroneously sued as TENET HEALTH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDITH HARRILL on Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v.

EMANUEL MEDICAL CENTER,  TENET HEALTH, and META PLATFORMS, INC.,

Defendants.

Case No. 2:23-cv-01672-DJC-KJN

**ORDER GRANTING STIPULATION EXTENDING DEFENDANTS EMANUEL MEDICAL CENTER AND TENET HEALTHCARE CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS**

Complaint Filing Date:    August 10, 2023
Initial Response Date:    September 6, 2023
New Response Date:    October 4, 2023

- 1 -

On August 28, 2023, Plaintiff Judith Harrill ("Plaintiff") and Defendants Emanuel Medical Center and Tenet Healthcare Corporation erroneously sued as Tenet Health (collectively, the "Tenet Defendants") filed their Stipulation Extending Defendants Emanuel Medical Center and Tenet Healthcare Corporation's Deadline to Respond to Plaintiff's Initial Complaint By Not More than 28 Days (Dkt. 4).

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The Tenet Defendants' last day to file their pleading(s) in response to the Complaint is extended to October 4, 2023.

IT IS SO ORDERED.

Dated:  August 29, 2023                              /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION EXTENDING TENET DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS
Case No. . 2:23-cv-01672-CKD

**CERTIFICATE OF SERVICE**

I, Gillian H. Clow certify and declare as follow:

      1.      I am over the age of 18 and not a party to this action.

      2.      My business address is 333 S. Hope St., Ste. 1600, Los Angeles, CA 90071.

      3.      On August 29, 2023, I caused a copy of  **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANTS EMANUEL MEDICAL CENTER AND TENET HEALTHCARE CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS** to be served upon the following counsel via the Court's CM/ECF system:

| | |
|---|---|
| Adrian R. Bacon, Esq.<br>**Law Offices of Todd M. Friedman**<br>21031 Ventura Blvd., Ste. 340<br>Woodland Hills, CA 91364 | Attorneys for Plaintiffs<br>**JUDITH HARRILL on Behalf of Herself and All Others Similarly Situated**<br><br>Telephone:  (323) 306-4234<br>Facsimile:   (866) 633-0228<br>Email: abacon@toddflaw.com |

      I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on August 29, 2023, at Los Angeles, California.

                /s/   *Gillian H. Clow*
            Attorneys for Defendants EMANUEL MEDICAL CENTER and
      TENET HEALTHCARE CORPORATION erroneously sued as TENET HEALTH