GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice forthcoming*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:    (415) 393-4622
Facsimile:     (415) 801-7389

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HARRILL on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL MEDICAL CENTER, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01672-DJC-KJN<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO COMPLAINT**<br><br>Action Filed:  August 10, 2023<br>Current Response Date: October 3, 2023<br>New Response Date: October 31, 2023 |

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO COMPLAINT — CASE NO. 2:23-CV-01672-DJC-KJN

Gibson, Dunn & Crutcher LLP

On September 27, 2023, Plaintiff Judith Harrill ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta") filed their Second Stipulation to Extend Time for Defendant Meta Platforms, Inc. to Respond to the Complaint.

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Meta's deadline to respond to the Complaint is extended by twenty-eight days, up to and including, October 31, 2023.

IT IS SO ORDERED.

Dated:  September 27, 2023         /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE