# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HARRILL on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL MEDICAL CENTER, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01672-DJC-KJN<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANTS EMANUEL MEDICAL CENTER AND TENET HEALTHCARE CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY 14 DAYS**<br><br>Complaint Filing Date:   August 10, 2023<br>Current Response Date:   October 4, 2023<br>New Response Date:   October 18, 2023 |

On September 29, 2023, Plaintiff Judith Harrill ("Plaintiff") and Defendants Emanuel Medical Center and Tenet Healthcare Corporation erroneously sued as Tenet Health (collectively, the "Tenet Defendants") filed their Stipulation Extending Defendants Emanuel Medical Center and Tenet Healthcare Corporation's Deadline to Respond to Plaintiff's Initial Complaint By 14 Days (Dkt. 18).

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Tenet Defendants' last day to file their pleading(s) in response to the Complaint is extended to October 18, 2023.

IT IS SO ORDERED.

Dated:  October 2, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE