UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HARRILL, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL MEDICAL CENTER, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | Case No.: 2:23-cv-01672-TLN-CKD<br><br>**ORDER GRANTING STIPULATION STAYING DEADLINES PENDING DECISION ON DEFENDANTS' ANTICIPATED MOTION FOR CONSOLIDATION**<br><br>Complaint Filing Date: August 10, 2023<br>Current Motion To Dismiss Response Date: November 15, 2023<br>Current Deadline To File Joint Proposed Case Schedule: November 15, 2023 |

On November 8, 2023, Plaintiff Judith Harrill ("Plaintiff") and Defendants Emanuel Medical Center and Tenet Healthcare Corporation erroneously sued as Tenet Health (collectively, "Defendants") filed their Stipulation Staying Deadlines Pending Decision on Defendants' Anticipated Motion for Consolidation (ECF 32).

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's deadline to respond to the Motion to dismiss shall be stayed pending a decision on Defendants' anticipated motion for consolidation. Should this Court deny consolidation, and/or a consolidated complaint is not necessitated by the Court's order, Plaintiff shall file her opposition to the pending Motion to Dismiss within 14 days of the Court's order, with Defendants' reply due 14 days thereafter.

2. The Parties' deadline to file a joint proposed case schedule shall be stayed pending a decision on Defendants' anticipated motion for consolidation.  Should this Court deny consolidation, the Parties shall file a joint proposed schedule within 21 days of the Court's order.

IT IS SO ORDERED.

Dated: November 13, 2023

                                              Troy L. Nunley
                                              United States District Judge